# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Kevin Conrad,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**Tony Tin Chi Lau;**<br>**John Rios Medel; and Does 1-10,**<br><br>  **Defendants.** | Case: 8:12-CV-01280-DOC-JPR<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** [34] |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The Writ of Habeas Corpus Ad Testificandum as to plaintiff Kevin Conrad is hereby recalled and vacated.

Dated: <u>August 13, 2013</u>       *David O. Carter*
                            _____
                            HONORABLE DAVID O. CARTER
                            UNITED STATES DISTRICT JUDGE

1